**Lina KIM; et al., Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–72377.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 7, 2007.

Filed Feb. 28, 2008.

Alex C. Park, Law Offices of Alex C. Park, Santa Clara, CA, for Petitioners.

Susan K. Houser, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Sarah Maloney, U.S. Department of Justice, Civil Division, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: W. NELSON, BEA, Circuit Judges, and OBERDORFER *, Senior District Judge.

## MEMORANDUM **

For the reasons articulated in this court's opinions in *Shin v. Mukasey*, 519 F.3d 901 (9th Cir.2008), and *Hong v. Mukasey*, 518 F.3d 1030 (9th Cir.2008), the petition for review from the Board of Immigration Appeals's order dismissing the appeal from the Immigration Judge's order of removal is DENIED.

**DENIED.**

---

* The Honorable Louis F. Oberdorfer, Senior United States District Judge for the District of Columbia, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

